In the Matter of the Application of VALLIE G. KINNEY and Others, etc., for the Appointment of Appraisers, Petitioners, Appellants. G. R. KINNEY Co., INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MORTIMER L. SCHWARZ, Appellant, v. THE MAYER-NOCK Co., INC., Respondent, Impleaded with Others, Defendants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Dore and Cohn, JJ., dissent and vote to reverse and deny the motion.

GANNA WALSKA, Respondent, v. DIVORCONS-PARIS, INC., and Others, Appellants.— Order, so far as appealed from, unanimously affirmed, with ten dollars costs and disbursements. Bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GANNA WALSKA, Respondent, v. DIVORCONS-PARIS, INC., and Others, Appellants.— Order, so far as appealed from, unanimously affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Petition of ALEXANDER HALPERN, as Executor, etc., of LOUIS MILLER, Deceased, and Others, etc. ALEXANDER HALPERN and SAMUEL MILLER, Petitioners, Appellants; PEOPLE OF THE STATE OF NEW YORK and BANK OF UNITED STATES in Liquidation, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley and Dore, JJ.

CHAINCO PROPERTIES, INC., Appellant, v. 14TH STREET & BROADWAY REALTY CORPORATION and ABE HASKEL, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Dore, J., dissents and votes to reverse and deny the motion.

CENTRAL SAVINGS BANK IN THE CITY OF NEW YORK, Appellant, v. LINDEE SERVICE CORPORATION, Defendant, Impleaded with AUSTIN B. MANDEL, Individually and as Administrator, etc., STEPHEN D. MANDEL and EDWARD MANDEL, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

SAUL KRAMER, Respondent, v. ZELL PRODUCTS CORPORATION, Appellant.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion in all respects denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [See post, p. 924.]

ARTHUR A. BALLANTINE, as Trustee of CONTINENTAL SECURITIES CORPORATION, Respondent, v. VINCENT E. FERRETTI and Others, Defendants, Impleaded with REYNOLDS INVESTING COMPANY, INC., FIRST INCOME TRADING CORPORATION and RALPH H. ROBB, Respondents, and CLARENCE K. REYNOLDS and Others, Appellants. JOHN GERDES and Another, Trustees of REYNOLDS INVESTING Co., INC., Debtor, Respondents, v. CLARENCE K. REYNOLDS and Others, Appellants,